# LITTLETON JOYCE
## UGHETTA PARK & KELLY LLP

NEW YORK CITY | PURCHASE, NY | RED BANK, NJ | LOS ANGELES | PHILADELPHIA

Direct Dial:  (973) 744-0872
E-Mail:   wendy.shepps@littletonjoyce.com

February 15, 2012

**VIA ECF**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Attn: Magistrate Judge Lois Bloom

   Re: **Rivero v. Cohen & Slamowitz**
     Case No.  : 11 CV 5524
     Our File No. : 07883.00070

Dear Hon. Bloom:

  This office represents defendant Cohen & Slamowitz, LLP in the above-referenced matter.  We are in receipt of the plaintiff's Amended Complaint.

  Pursuant to Your Honor's Order of January 26, 2012, we write to advise the Court that Cohen & Slamowitz will not consent to the amendment of plaintiff's pleadings.

  Should you require any additional information, please contact the undersigned.

         Respectfully submitted,

         LITTLETON, JOYCE, UGHETTA, PARK & KELLY LLP

         Wendy B. Shepps

WS/as

cc: Via Mail
   Reny Rivero